IH-32  Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

ALGONQUIN GAS TRANSMISSION, LLC,
a limited liability company of the State of
Delaware

| Plaintiff | Case Number |
|---|---|
| vs. | |
| 0.12 Acres Of Land, More or Less, In STONY POINT, ROCKLAND COUNTY, NEW YORK; CARL F. LIPSKI, fee owner; ROBERT MAGRINO, Esq., in his role as Court Appointed Foreclosure Referee; and ALL UNKNOWN OWNERS, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

ALGONQUIN GAS TRANSMISSION, LLC,
a limited liability company of the State of
Delaware

| Plaintiff | Case Number |
|---|---|
| vs. | 7:15-cv-05620-CM |
| 0.18 Acres of Land, More or Less, In STONY POINT, ROCKLAND COUNTY, NEW YORK; EDWARD and CARMEN TOW, fee owners; and ALL UNKNOWN OWNERS | |
| Defendant | |

IH-32																				Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed	(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open	(If so, set forth procedural status and summarize any court rulings.)

Earlier Complaint was filed on 7/21/15.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases are condemnation actions filed under the authority of 15 U.S.C. 717f(h) of the Natural Gas Act by the same Plaintiff for the same project (AIM Project). Both cases involve substantially similar transactions with factual overlap such that separate adjudication would result in duplication of effort and potentially conflicting orders.

Signature: _____	Date: 8/6/15

Firm: DeCotiis, FitzPatrick & Cole, LLP