```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/15
```

# THE LAW OFFICES OF JERROLD W. MILES, LLC

Attorney At Law
313 North Main Street
Spring Valley, NY 10977
(845)352-3975
(845)352-8457 FAX
Email-JWMILESLAW@YAHOO.COM

August 18, 2015

**Sent Via Facsimile**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Mary Ella, Chambers of Honorable Colleen McMahon

**MEMO ENDORSED**

8/18/2015

*I am holding the conference just to see what is what. If you can't come, you can't come — head of blame you.*

Re: Algonquin Gas Transmission, LLC. V. 0.11 Acres of Land
Fee Owner: Michael Macalpin and Cordis Macalpin
Civil Action No.: 7:15-cv-06178-CM

Dear Honorable Colleen McMahon,

Please be advised this office has been retained by the Macalpin's in reference to the matter above. Our clients were served a Verified Complaint on or about August 12, 2015. This office received a copy of the Summons and Complaint on August 13, 2015. Our time to file an answer has yet to run; however, our clients received notification in the mail on Saturday, August 15, 2015 of a RULE 16 Conference scheduled for August 19, 2015 at 10:30 am. Unfortunately, neither our client nor this office is in a position to attend this conference with such short notice. We are requesting an adjournment which will allow our office time to adequately respond to the complaint and prepare for a pre-trial conference. Your Honors understanding is greatly appreciated.

Should you have any questions or comments, do not hesitate to contact this office.

Very truly yours,

JERROLD W. MILES, ESQ.